IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| NATIONAL UTILITY REVIEW, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No: 1:10-CV-93 |
| HUNTER MANAGEMENT L.L.C., ERIC ROTHNER, AND DAVID M. ARONIN, | ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION TO DISMISS

Defendants Hunter Management L.L.C., Eric Rothner, and David M. Aronin ("collectively Defendants"), through counsel, hereby move, pursuant to Rules 9(b), 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss this action, for the reasons set forth in the Defendants' Brief in Support of Motion to Dismiss filed contemporaneously herewith. In addition, in support of this Motion, Defendants are filing contemporaneously herewith the Declaration of Eric Rothner and the Declaration of David Aronin.

Respectfully submitted this 2nd day of March, 2010.

/s/ Jim W. Phillips, Jr.
Jim W. Phillips, Jr.
N.C. State Bar No. 12516
jphillips@brookspierce.com

/s/ Jennifer K. Van Zant
Jennifer K. Van Zant
N.C. State Bar No. 21280
jvanzant@brookspierce.com


/s/ Benjamin R. Norman
Benjamin R. Norman
N.C. State Bar No. 32852
bnorman@brookspierce.com
*Attorneys for Defendants*


OF COUNSEL:

BROOKS, PIERCE, McLENDON,
 HUMPHREY & LEONARD, LLP
P.O. Box 26000
Greensboro, NC  27420
Telephone:  336-373-8850

## CERTIFICATE OF SERVICE

      I hereby certify that on March 2, 2010, I electronically filed the foregoing **MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>David F. Meschan
>Robert C. Cone
>Tuggle Duggins & Meschan, P.A.
>P.O. Box 2888
>Greensboro, NC 27402-2888
>dmeschan@tuggleduggins.com
>rcone@tuggleduggins.com
>*Attorneys for Plaintiffs*

/s/ Benjamin R. Norman
Benjamin R. Norman